CERTIFIED COPY OF RESOLUTION OF THE BOARD
OF DIRECTIORS AUTHORIZING THE FILING OF
PETITION FOR REORGANIZATION UNDER CHAPTER 11
OF THE BANKRUPTCY CODE

RESOLVED: Whereas BM CREW, INC. (the "Corporation") is unable to meet its obligation as they mature; and

Whereas, creditors are threatening suit and have threatened to undertake steps to obtain possession of the Corporation's assets; and

Whereas, it is apparent that the Corporation cannot continue its business without the protection of Chapter 11 proceedings. Now therefore,

Be it resolved that a Petition in Proceedings under Chapter 11 of the Bankruptcy Code be filed by the Corporation and that MARIA ELENA NIÑO, secretary, be and hereby is authorized to execute on behalf of the Corporation and for it all the necessary documents for the filing of a Petition under Chapter 11 of the Bankruptcy Code; and be it further resolved;

That MARIA ELENA NIÑO, the secretary, be and hereby is authorized to pay unto the Clerk of the Court all necessary filling fees required by law by the Corporation or in its behalf, and be it further resolved;

That JACQUELINE HERNANDEZ SANTIAGO, ESQ. be employed to act as counsel for the Corporation in such Bankruptcy proceedings.

The undersigned hereby certifies that she is the secretary of the Board of Directors of the Corporation, and that the above is a true and correct copy of a resolution adopted by the Board of Directors of Corporation at a duly constitude meeting held on the 28th day of January, 2016, in accordance with its corporate regulations; that quorum was present at said meeting; that said resolution has not been revoked, modified, annulled or amended in any manner whatsoever.

In witness hereof, I have hereunto set my hand and affixed the seal of said corporation this 28th day of January, 2016.

MARIA ELENA NIÑO
Secretary

I, DAVID GONZALEZ SUAREZ, President of BM CREW, INC., of legal age, married, and resident of Trujillo Alto, Puerto Rico, do hereby certify under penalty of perjury, that the statements contained in the foregoing document are true according to the best of my knowledge, information and belief.

In San Juan, Puerto Rico, this 28th day of January, 2016.

_____
DAVID GONZALEZ SUAREZ
President