# IN THE UNITED STATES BANKRUPTCY COURT
### District of Puerto Rico

| | |
|---|---|
| IN RE:<br><br>**BM CREW INC**<br><br>**66–0679249**<br><br>                    Debtor(s) | Case No. **16–00526 BKT**<br><br>Chapter **11**<br><br><span style="color:red">FILED & ENTERED ON 3/14/16</span> |

### *ORDER*

The court having considered the application of the Debtor to employ Attorney Jacqueline E Hernandez Santiago and declaration in support thereof, and it appearing that Attorney Jacqueline E Hernandez Santiago is a disinterested person and that the employment of said ounsel for Debtor is in the best interest of this estate, it is hereby

ORDERED that the Debtor herein is authorized to employ Attorney Jacqueline E Hernandez Santiago as ounsel for Debtor, with compensation to be paid in such amounts as may be allowed by the Court upon proper application and notice thereof.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this Monday, March 14, 2016 .

Brian K. Tester
United States Bankruptcy Judge