# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **IN THE MATTER OF** | **CASE NO. 16-00526 (BKT)** |
| **BM CREW, INC.** | **CHAPTER 11** |
| **DEBTOR** | |

## MOTION SUBMITTING DOCUMENTS REQUIRED PURSUANT
## TO SECTION 1116 (1)(A) OF THE BANKRUPTCY CODE

**TO THE HONORABLE COURT:**

**COMES NOW**, Debtor-corporation represented by the undersigned attorney and most respectfully states and prays as follow:

1.  Debtor filed a petition for relief under Chapter 11 of the Bankruptcy Code, Bankruptcy number 16-00526 on January 28, 2016.

2.  Debtor is submitting the most recent Income Tax Return.

**WHEREFORE**, it is most respectfully requested from this Honorable Court to take notice of the filing of the above-mentioned documents.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 8th day of April, 2016.

CERTIFICATE OF ELECTRONIC FILING AND SERVICE: It is hereby certified that on this date copy of this motion has been electronically filed with the Clerk of the Court using CM/ECF system which will send notification of such filling, and also certify that I have mail by United State Postal Service copy of this motion to non CM/ECF participant at theirs address of record in this case.

/s/ Jacqueline E. Hernandez Santiago, Esq.
JACQUELINE E. HERNÁNDEZ SANTIAGO, ESQ.
U.S.D.C. – P.R. 203007
P.O. BOX 366431
SAN JUAN, P.R.  00936-6431
TEL. (787) 766-0570
FAX: (787) 946-7522
EMAIL: quiebras1@gmail.com

## CERTIFICATE OF SERVICE

**I DO HERBY CERTIFY** that on this date I electronically filed a true and exact copy of the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

**JACQUELINE E. HERNANDEZ SANTIAGO**          quiebras1@gmail.com

**MONSITA LECAROZ ARRIBAS**          ustpregion21.hr.ecf@usdoj.gov

**I DO HERBY FURTHER CERTIFY** that on the same date a true and exact copy of the foregoing has been sent by regular United States mail <u>to Debtor, BM Crew, Inc., P.O. Box 1201, Saint Just, Trujillo Alto, P.R.  00978 and to the following:</u>

In San Juan, Puerto Rico, this 8th day of April, 2016.

/s/ Jacqueline E. Hernández Santiago, Esq.
JACQUELINE E. HERNÁNDEZ SANTIAGO, ESQ.
U.S.D.C. – P.R. 203007
P.O. BOX 366431
SAN JUAN, P.R.  00936-6431
TEL. (787) 766-0570
FAX: (787) 946-7522
EMAIL: quiebras1@gmail.com

Formulario 480.2 Rev. 02.15

SCANNED

COPY

| Liquidador: | Revisor: | **2014** | ESTADO LIBRE ASOCIADO DE PUERTO RICO<br>DEPARTAMENTO DE HACIENDA | **2014** | Número |
| --- | --- | --- | --- | --- | --- |

Investigado por:

**Planilla de Contribución sobre Ingresos de Corporaciones**

□ PLANILLA ENMENDADA

Sello de Pago

Fecha ___/___/___

R M N

AÑO CONTRIBUTIVO COMENZADO EL **01** de **01** de **2014** Y TERMINADO EL **31** de **12** de **2014**

| Nombre del Contribuyente<br>**BM CREW INC** | Número de Identificación Patronal<br>**_9249** |
| --- | --- |
| Dirección Postal<br>**PO BOX 1201**<br>**Saint Just PR** | Núm. de Registro del Departamento de Estado<br>**162413** |
| | Clave Industrial  Cod. Municipal |
| Código Postal **00978-** | Número de Registro de Comerciante |

Estado Libre Asociado de Puerto Rico
DEPARTAMENTO DE HACIENDA
13-Colecturia Trujillo Alto
RECIBIDO
14 ABR. 2015
SIN PAGO
SECRETARIO DE HACIENDA
14-2724

"Coloque el Sello de Goma (Label) aquí".

| Localización de la Industria o Negocio Principal - Número, Calle, Pueblo<br>CARR 848 KM 0.2 ST JUST TRUJILLO ALTO PR<br>Trujillo Alto PR | Número de Teléfono - Extensión<br>**( 787 ) 274- 2490** | |
| --- | --- | --- |
| Naturaleza de la Industria o Negocio Principal (Ej. Ferretería, Cafetería, etc.)<br>**MECANICA DE AUTOS** | Fecha de Incorporación<br>Día **01** / Mes **10** / Año **2006** | Tipo de Entidad<br>**CORPORACION** |

Número de Recibo:
Importe:

| Marque el encasillado correspondiente, si aplica<br>□ Primera planilla  □ Última planilla | CAMBIO DE DIRECCIÓN<br>□ Si  ☒ No | Lugar de Incorporación<br>**SAN JUAN** | Indique si es miembro de un grupo de entidades relacionadas<br>□ Si  ☒ No |
| --- | --- | --- | --- |
| Contratos con Organismos Gubernamentales<br>□ Si  ☒ No | PLANILLA 2015<br>☒ Español  □ Inglés | Correo Electrónico de Persona Contacto (E-mail)<br>**BM_CREW@HOTMAIL.COM** | Número de grupo |

| | | | |
| --- | --- | --- | --- |
| **Parte I** | 1. Ingreso neto (o pérdida) de operaciones (De la Parte V, línea 54) | (1) | 4,791 00 |
| | 2. Menos: Deducción por pérdida neta en las operaciones del año anterior (Someta detalle) | (2) | 00 |
| | 3. Ingreso neto (o pérdida) | (3) | 4,791 00 |
| **Parte II** | 4. Menos: Dividendos o beneficios recibidos de corporaciones domésticas (Véanse instrucciones) | (4) | 00 |
| | 5. Ingreso neto sujeto a contribución normal (Línea 3 menos línea 4) | (5) | 4,791 00 |
| | 6. Menos: Deducción para fines de la contribución adicional (Marque aquí si viene del Modelo SC 2652 □) | (6) | 25,000 00 |
| | 7. Ingreso neto sujeto a contribución adicional (Línea 5 menos línea 6) | (7) | 00 |
| | 8. Contribución normal (Multiplique la línea 5 por: □ 20% □ 15% □ 10%) | (8) | 958 00 |
| | 9. Contribución adicional (Véanse instrucciones) | (9) | 00 |
| | 10. **Contribución Total** (Sume líneas 8 y 9) | (10) | 958 00 |
| | 11. Contribución Alternativa - Ganancias de Capital y Tasas Preferenciales (Anejo D Corporación, Parte VI, línea 47) | (11) | 00 |
| | 12. **Contribución Determinada** (Línea 10 o 11, la que sea menor, siempre que la línea 11 sea mayor a cero) | (12) | 958 00 |
| | 13. Recobro de crédito reclamado en exceso (Anejo B Corporación, Parte I, línea 3) | (13) | 00 |
| | 14. Créditos contributivos (Anejo B Corporación, Parte II, línea 25) | (14) | 00 |
| | 15. **Responsabilidad contributiva antes de contribución alternativa mínima** (Suma de las líneas 12 y 13 menos línea 14) | (15) | 958 00 |
| | 16. Contribución alternativa mínima (Anejo A Corporación, Parte VI, línea 41) | (16) | 00 |
| | 17. Contribución sobre monto equivalente a dividendo o distribución de beneficios (Modelo SC 2879, Contribución sobre Monto Equivalente a Dividendo, línea 11) | (17) | 00 |
| | 18. Contribución sobre dividendo implícito (Véanse instrucciones) (Modelo 2877, Contribución sobre Dividendo Implícito, línea 11) | (18) | 00 |
| | 19. Contribución sobre ingresos a tasas preferenciales bajo leyes especiales (Anejo D Corporación, Parte VII, línea 50) | (19) | 00 |
| | 20. Contribución adicional sobre ingreso bruto (Véanse instrucciones) | (20) | 00 |
| **Parte III** | 21. Contribución adicional sobre ingreso bruto en caso de negocio financiero (Véanse instrucciones) | (21) | 00 |
| | 22. **Responsabilidad Contributiva Total** (Sume líneas 15 a la 21) | (22) | 958 00 |
| | 23. Menos: Otros Pagos y Retenciones (Anejo B Corporación, Parte III, línea 11) | (23) | 00 |
| | 24. Balance de contribución a pagar (Si la línea 22 es mayor que la línea 23, anote la diferencia aquí, de lo contrario, en la línea 26) | | |
| | a) Contribución (24a) | 958 00 | |
| | b) Intereses (24b) | 00 | |
| | c) Recargos (24c) | 00 | |
| | d) Total (Sume líneas 24(a) a la 24(c)) | (24d) | 958 00 |
| | 25. Adición a la Contribución por Falta de Pago de la Contribución Estimada (Anejo T Corporación, Parte II, línea 21) | (25) | 00 |
| | 26. Exceso de contribución pagada o retenida (Véanse instrucciones) | (26) | 00 |
| | 27. Cantidad pagada con esta planilla (Sume líneas 24(d) y 25) (Véanse instrucciones) | (27) | 958 00 |
| | 28. **Contribución pagada en exceso** (Sume líneas 22 y 25, menos línea 23. Indique la distribución de la línea 28 en línea A, B, C o D): | | |
| | A. Acreditar a la contribución estimada año 2015 | (28A) | 00 |
| | B. Aportación al Fondo Especial para el Estuario de la Bahía de San Juan | (28B) | 00 |
| | C. Aportación al Fondo Especial para la Universidad de Puerto Rico | (28C) | 00 |
| | D. A reintegrar | (28D) | 00 |

Período de Conservación: Diez (10) años

COQUINTERACTIVE (www.tributa.org) 2014

BM CREW INC    249

Formulario 480.2   Rev. 02.15

Corporación - Página 2

## Parte IV

| | | | |
|---|---|---:|:--|
| 1. Ventas netas ........................................................................................... (24) (1) | | 341,067 | 00 |
| Menos: Costos de ventas o costos directos de producción | | | |
| 2. Inventario al comienzo del año ☐ 1 "C"      ☐ 2 "C" o "VM" | | | |
| (a) Materiales ........................................................ (2a) | | 00 | |
| (b) Artículos en proceso ....................................... (2b) | | 00 | |
| (c) Artículos terminados o mercadería .................. (2c) | | 00 | |
| 3. Compra de materiales o mercadería .................... (3) | | 136,248 | 00 |
| 4. Jornales directos ................................................. (4) | | 00 | |
| 5. Otros costos directos (Detalle en Parte VI) .......... (5) | | 00 | |
| 6. Total costo bienes disponibles para la venta (Sume líneas 2 a la 5) .... (6) | | 136,248 | 00 |
| 7. Menos: Inventario al finalizar el año   ☐ 1 "C"   ☐ 2 "C" o "VM" | | | |
| (a) Materiales ................................................. (7a) | 00 | | |
| (b) Artículos en proceso ................................ (7b) | 00 | | |
| (c) Artículos terminados o mercadería .......... (7c) | 00 | 00 | |
| 8. Total de costos de ventas o costos directos de producción (Línea 6 menos línea 7) ................... (8) | | 136,248 | 00 |
| 9. Ganancia bruta en venta o producción (Línea 1 menos línea 8) ................................... (9) | | 204,819 | 00 |
| 10. Ganancia neta de capital (Anejo D Corporación, Parte V, línea 28) ............................. (10) | | | 00 |
| 11. Ganancia neta (o pérdida) en la venta de propiedad que no sea activo de capital (Anejo D Corporación, Parte VIII, línea 51) ..... (11) | | | 00 |
| 12. Renta ............................................................................................ (12) | | | 00 |
| 13. Intereses ....................................................................................... (13) | | | 00 |
| 14. Ingreso por servicio o comisiones ............................................... (14) | | | 00 |
| 15. Dividendos de corporaciones: (a) Domésticas_____ (b) Extranjeras ......... (15) | | | 00 |
| 16. Participación distribuible en el ingreso neto de sociedades y sociedades especiales (Anejo R Corporación, Parte II, línea 14) ..... (16) | | | 00 |
| 17. Beneficio tributable de agricultura (Anejo S Corporación, Parte I, línea 9) .............. (17) | | | 00 |
| 18. Fletes y pasajes ............................................................................. (18) | | | 00 |
| 19. Ingresos misceláneos .................................................................... (19) | | | 00 |
| 20. Total de ingresos (Sume líneas 9 a la 19) ................................... (20) | | | 00 |
| 21. Menos: Cantidad exenta bajo Ley 135-2014 (Véanse instrucciones) ............ (21) | | | 00 |
| 22. Total de ingreso después de la exención bajo la Ley 135-2014 (Línea 20 menos línea 21) ........ (22) | | 204,819 | 00 |

## Parte V

| Partida | (A) | (B) |
|---|---:|---:|
| 23. Compensación a oficiales (Véanse instrucciones Parte X) .............. (23) | 00 | 00 |
| 24. Sueldos, comisiones y bonificaciones a empleados (Véanse instrucciones) .. (24) | 00 | 55,900 | 00 |
| 25. Comisiones a negocios ..................................................... (25) | 00 | 00 |
| 26. Seguro social federal (FICA) .............................................. (26) | 00 | 4,276 | 00 |
| 27. Seguro de desempleo ....................................................... (27) | 00 | 126 | 00 |
| 28. Primas Fondo Seguro del Estado ........................................ (28) | 00 | 00 |
| 29. Seguro médico o de hospitalización ................................... (29) | 00 | 00 |
| 30. Seguros ........................................................................... (30) | 00 | 8,858 | 00 |
| 31. Intereses (Véanse instrucciones) ......................................... (31) | 00 | 00 |
| 32. Renta ............................................................................. (32) | 00 | 75,484 | 00 |
| 33. Contribución sobre propiedad: (a) Mueble_____ (b) Inmueble .... (33) | 00 | 00 |
| 34. Otras contribuciones, patentes y licencias (Véanse instrucciones) .... (34) | 00 | 1,765 | 00 |
| 35. Pérdidas ocasionadas por fuego, huracán, otros siniestros o por robo (Véanse instrucciones) .. (35) | 00 | 00 |
| 36. Gastos de automóviles (Millaje_____) (Véanse instrucciones) .. (36) | 00 | 00 |
| 37. Gastos de otros vehículos de motor (Véanse instrucciones) ........ (37) | 00 | 11,778 | 00 |
| 38. Gastos de comida y entretenimiento (Total_____) (Véanse instrucciones) .. (38) | 00 | 00 |
| 39. Gastos de viajes ............................................................... (39) | 00 | 00 |
| 40. Servicios profesionales ..................................................... (40) | 00 | 00 |
| 41. Aportaciones a planes de pensiones u otros planes calificados (Véanse instrucciones. Someta Modelo SC 6042) .. (41) | 00 | 00 |
| 42. Depreciación y amortización (Véanse instrucciones. Someta Anejo E) .... (42) | 00 | 11,118 | 00 |
| 43. Deudas incobrables (Véanse instrucciones) ......................... (43) | 00 | 00 |
| 44. Donativos (Véanse instrucciones) ....................................... (44) | 00 | 00 |
| 45. Reparaciones (Véanse instrucciones) ................................. (45) | 00 | 9,562 | 00 |
| 46. Regalías ......................................................................... (46) | 00 | 00 |
| 47. Cargos de administración ................................................. (47) | 00 | 00 |
| 48. Deducción a patronos que emplean personas impedidas (Véanse instrucciones) .. (48) | 00 | 00 |
| 49. Aportaciones a cuentas de aportación educativa para los beneficiarios de sus empleados (Véanse instrucciones) (49) | 00 | 00 |
| 50. Gastos en propiedades arrendadas a la Compañía de Fomento Industrial de Puerto Rico o almacén de la Compañía de Comercio y Exportación (Véanse instrucciones) .... (50) | 00 | 00 |
| 51. Contribución adicional sobre ingreso bruto pagada en o antes de la radicación de la planilla (Véanse instrucciones) (51) | 00 | 00 |
| 52. Otras deducciones (Véanse instrucciones) ........................ (52) | 00 | 21,161 | 00 |
| 53. Total de deducciones (Sume líneas 23 a la 52, Columnas A y B) .... (53) | 00 | 200,028 | 00 |
| 54. Ingreso neto (o pérdida) de operaciones del año (Línea 22 menos línea 53, Columna B. Traslade a la Parte I, línea 1) ... (54) | | 4,791 | 00 |

## Parte VI

| Partida (26) | Importe | | Partida | Importe | |
|---|---:|:--|---|---:|:--|
| 1. Jornales, sueldos y bonificaciones ......... (1) | | 00 | 8. Reparaciones ........................................ (8) | | 00 |
| 2. Seguro social federal (FICA) .................. (2) | | 00 | 9. Luz y agua ............................................ (9) | | 00 |
| 3. Seguro de desempleo ........................... (3) | | 00 | 10. Renta .................................................. (10) | | 00 |
| 4. Primas Fondo Seguro del Estado ........... (4) | | 00 | 11. Depreciación (Someta Anejo E) ........... (11) | | 00 |
| 5. Seguro médico o de hospitalización ....... (5) | | 00 | 12. Otros gastos (Someta detalle) ............. (12) | | 00 |
| 6. Otros seguros ...................................... (6) | | 00 | 13. Total otros costos directos (Sume líneas 1 a la 12. Igual a la Parte IV, línea 5) ... (13) | | |
| 7. Arbitrios / Impuesto sobre Uso ............... (7) | | 00 | | | 00 |

Período de Conservación: Diez (10) años

COQUINTERACTIVE (www.tributa.org) 2014

Formulario. 480.2 Rev. 02.15    BM CREW INC   9249     Corporación – Página 3

## Corporación - Estado de Situación Comparado ㊲

| Activos | | Al comenzar el año – Total | | Al terminar el año – Total |
|---|---|---|---|---|
| 1. Efectivo en caja y bancos ......... (1) | | 12,300 00 (1) | | 9,398 00 |
| 2. Cuentas a cobrar ......... (2) | 41,805 00 | (2) | 51,160 00 | |
| 3. Menos: Reserva para cuentas incobrables ... (3) | 00 | 41,805 00 (3) ( 00 ) | | 51,160 00 |
| 4. Inventarios ......... (4) | 1,500 00 | (4) | | 1,500 00 |
| 5. Otros activos corrientes ......... (5) | | 00 (5) | | 00 |
| 6. Obligaciones a cobrar ......... (6) | | 00 (6) | | 00 |
| 7. Inversiones ......... (7) | | 00 (7) | | 00 |
| 8. Activos depreciables ......... (8) | 258,200 00 | (8) | 258,200 00 | |
| 9. Menos: Reserva para depreciación......... (9) | 77,584 00 | 180,616 00 (9) | 88,702 00 | 169,498 00 |
| 10. Terrenos ......... (10) | | 00 (10) | | 00 |
| 11. Otros activos a largo plazo ......... (11) | | 00 (11) | | 15,734 00 |
| 12. Total de Activos ......... (12) | | 236,221 00 (12) | | 247,290 00 |
| **Pasivos y Capital** | | | | |
| **Pasivos** | | | | |
| 13. Cuentas a pagar ......... (13) | 2,251 00 | (13) | 00 | |
| 14. Gastos incurridos y no pagados ......... (14) | 18,170 00 | (14) | 00 | |
| 15. Otros pasivos corrientes ......... (15) | | 00 (15) | 20,602 00 | |
| 16. Obligaciones a pagar a largo plazo ......... (16) | 3,345 00 | (16) | 00 | |
| 17. Otras obligaciones a largo plazo ......... (17) | | 00 (17) | 00 | |
| 18. Total de Pasivos ......... (18) | | 23,766 00 (18) | | 20,602 00 |
| **Capital** | | | | |
| 19. Capital en acciones | | | | |
| (a) Acciones preferidas ......... (19a) | | 00 (19a) | 00 | |
| (b) Acciones comunes ......... (19b) | 10,000 00 | (19b) | 10,000 00 | |
| 20. Sobrante de capital ......... (20) | 140,424 00 | (20) | 140,424 00 | |
| 21. Ganancias retenidas ......... (21) | 21,390 00 | (21) | 65,864 00 | |
| 22. Reserva ......... (22) | 40,641 00 | (22) | 10,400 00 | |
| 23. Total de Capital ......... (23) | | 212,455 00 (23) | | 226,688 00 |
| 24. Total Pasivos y Capital ......... (24) | | 236,221 00 (24) | | 247,290 00 |

*Parte VII*

## Reconciliación del Ingreso Neto (o Pérdida) según Libros con el Ingreso Neto Tributable (o Pérdida) según Planilla ㊳

*Parte VIII*

1. Ingreso neto (o pérdida) según libros ......... (1)   3,833 00
2. Contribución sobre ingresos según libros ......... (2)   958 00
3. Exceso de pérdidas de capital sobre ganancias de capital ......... (3)   00
4. Ingreso tributable no registrado en los libros este año (Detalle, use anejo si es necesario)
  (a)_____
  (b)_____
  (c)_____
  Total ......... (4)   00
5. Gastos registrados en los libros este año no reclamados en esta planilla (Detalle, use anejo si es necesario)
  (a) Comida y entretenimiento (porción no reclamada) _____
  (b) Depreciación _____
  (c) Vehículos de motor (en exceso del límite) _____
  (d) Embarcaciones, aeronaves y propiedad localizada fuera de P.R. _____
  (e) Gastos incurridos o pagados a accionistas, personas o entidades relacionadas _____
  (f) _____
  Total ......... (5)   00
6. Total ......... (6)   4,791 00

7. Ingreso registrado en los libros este año no incluido en esta planilla (Detalle, use anejo si es necesario)
  (a) Intereses exentos _____
  (b) _____
  (c) _____
  (d) _____
  Total ......... (7)   00
8. Deducciones en esta planilla no llevadas contra el ingreso en los libros este año (Detalle, use anejo si es necesario)
  (a) Depreciación _____
  (b) _____
  (c) _____
  (d) _____
  Total ......... (8)   00
9. Total (Sume líneas 7 y 8) ......... (9)   00
10. Ingreso neto tributable (o pérdida) según planilla (Línea 6 menos línea 9) ......... (10)   4,791 00

## Análisis del Sobrante según Libros ㊴

*Parte IX*

1. Balance al comenzar el año ......... (1)   62,031 00
2. Ingreso neto según libros ......... (2)   3,833 00
3. Otros aumentos (Detalle, use anejo si es necesario) _____
  ......... (3)   00
4. Total (Sume líneas 1, 2 y 3) ......... (4)   65,864 00

5. Distribuciones:
  (a) Efectivo ......... (5a)   00
  (b) Propiedad ......... (5b)   00
  (c) Acciones ......... (5c)   00
6. Otras rebajas (Use anejo si es necesario) ......... (6)   00
7. Total (Sume líneas 5 y 6) ......... (7)   00
8. Balance al finalizar el año (Línea 4 menos línea 7) ......... (8)   65,864 00

Período de Conservación: Diez (10) años     COQUINTERACTIVE (www.tributa.org) 2014

Formulario 480.2  Rev. 02.15                                                                                    Corporación - Página 4

## Compensación a Oficiales

| Nombre del oficial | Número de seguro social | Por ciento del tiempo dedicado a industria o negocio | Por ciento de las acciones poseídas | | Compensación |
|---|---|---|---|---|---|
| | | | Comunes | Preferidas | |
| | | | | | 00 |
| | | | | | 00 |
| | | | | | 00 |
| | | | | | 00 |
| | | | | | 00 |
| Total de compensación a oficiales (Traslade a la Parte V, línea 23) ..... | | | | | 00 |

## Cuestionario 42

**Parte XI**

|   | SI | NO |
|---|---|---|
| 1. Si es una corporación extranjera, indique si la industria o negocio operó como sucursal ..................... (1) | | X |
| 2. Si es una sucursal, indique el por ciento que representa el ingreso de fuentes de Puerto Rico del total de ingreso de la corporación: ____% | | |
| 3. ¿Mantuvo la corporación durante este año parte de sus récords en un sistema computadorizado? ..................... (3) | X | |
| 4. Los libros de la corporación están a cargo de: Nombre OFICINA ADMINISTRACION  Dirección _____ | | |
| Correo electrónico (E-mail) _____  Teléfono _____ | | |
| 5. Indique el método de contabilidad utilizado en los libros para propósitos contributivos:  ☐ Recibido y Pagado  ☒ Acumulación  ☐ Otro (especifique): _____ | | |
| 6. ¿Rindió la corporación los siguientes documentos?: | | |
| (a) Declaración Informativa (Formularios 480.5, 480.6A, 480.6B) ..... (6a) | | X |
| (b) Comprobante de Retención (Formulario 499R-2/W-2PR) ..... (6b) | | X |
| 7. Si el ingreso bruto de la entidad o del grupo controlado excede de $3,000,000, ¿Sometió estados financieros auditados por un CPA con licencia de Puerto Rico? (7) | X | |
| 8. Número de empleados durante el año: _____ | | |
| 9. ¿Reclamó la corporación gastos relacionados con la titularidad, uso, mantenimiento y depreciación de: | | |
| (a) Automóviles? ..................... (9a) | X | |
| (b) Embarcaciones? ..................... (9b) | | X |
| (1) ¿Derivó más del 80% de la totalidad de sus ingresos de actividades relacionadas exclusivamente con la pesca o transportación de pasajeros o de carga o arrendamiento? ..................... (9b1) | | X |

|   | SI | NO |
|---|---|---|
| (c) Aeronaves? ..................... (9c) | | X |
| (1) ¿Derivó más del 80% de la totalidad de los ingresos de actividades relacionadas exclusivamente con la transportación de pasajeros o de carga o arrendamiento? ..................... (9c1) | | X |
| (d) Propiedad residencial fuera de Puerto Rico? ..................... (9d) | | X |
| (1) ¿Derivó más del 80% de la totalidad de sus ingresos de actividades relacionadas exclusivamente con el alquiler de propiedades a personas no relacionadas? ..................... (9d1) | | X |
| 10. ¿Reclamó la corporación gastos relacionados con: | | |
| (a) Alojamiento? (excepto empleados del negocio) ..................... (10a) | | X |
| (b) Empleados que asistieron a convenciones fuera de Puerto Rico o los Estados Unidos? ..................... (10b) | | X |
| 11. ¿Distribuyó la corporación, durante el año contributivo, dividendos que no fueran en acciones o en liquidación en exceso de la ganancia corriente y acumulada? ..................... (11) | | X |
| 12. ¿Es la corporación socio de una sociedad especial? (Si es más de una, someta detalle) ..................... (12) | | X |
| Nombre de la Sociedad Especial _____  Número de identificación patronal _____ | | |
| 13. ¿Recibió ingresos exentos? (Somete Anejo IE Corporación) ..................... (13) | | X |
| 14. Anote la cantidad correspondiente de donativos a municipios de la cantidad incluida en la Parte V, línea 44: _____ | | |
| 15. Indique si pagó primas a aseguradores no autorizados ..................... (15) | | X |
| 16. Número de patrono otorgado por el Departamento del Trabajo y Recursos Humanos: _____ | | |
| 17. Número de accionistas: _____ | | |

## JURAMENTO

Nosotros, los suscribientes, presidente (o vicepresidente u otro oficial principal) y tesorero (o tesorero auxiliar), o agente de la corporación a nombre de la cual se hace esta planilla de contribución sobre ingresos, cada uno por sí, bajo el más solemne juramento y so pena de perjurio, declaramos que hemos examinado la misma (incluyendo anejos y estados que la acompañan), y que según nuestro mejor conocimiento y creencia es una planilla exacta, correcta y completa, hecha de buena fe, de acuerdo con el Código de Rentas Internas de 2011, según enmendado, y sus Reglamentos.

_____  _____
Firma del presidente o vicepresidente                                    Firma del tesorero o tesorero auxiliar

_____
Agente

## PARA USO DEL ESPECIALISTA SOLAMENTE

Declaro bajo penalidad de perjurio que he examinado esta planilla (incluyendo los anejos y estados adjuntos), y a mi mejor conocimiento y creencia, los datos en la misma son ciertos, correctos y constituyen en conjunto una planilla exacta y completa. La declaración de la persona que prepara esta planilla es con relación a la información recibida y ésta puede ser verificada.

| Nombre del especialista (Letra de molde) | | Núm. de registro | Fecha | Marque aquí si es especialista por cuenta propia ☐ |
|---|---|---|---|---|

Nombre de la firma _____

| Firma del especialista | Dirección | Código postal |
|---|---|---|

## NOTA AL CONTRIBUYENTE

Indique si hizo pagos por la preparación de su planilla:  ☐ Sí  ☐ No. Si contestó "Sí", exija la firma y el número de registro del Especialista.

Período de Conservación: Diez (10) años

COQUINTERACTIVE (www.tributa.org) 2014

**Anejo A Corporación**

Rev. 02 15

### CONTRIBUCION ALTERNATIVA MINIMA

Año contributivo comenzado el _01_ de _01_ de 2014 y terminado el 31 de _12_ de 2014

**A** **20 14**

| Nombre del contribuyente **BM CREW INC** | Número de Identificación Patronal '49 |
|---|---|

| **Parte I** | Ajustes en el Cómputo del Ingreso Neto Alternativo Mínimo Antes de Ajustes en los Libros y Pérdidas de Operaciones | | |
|---|---|---|---|

1. Ingreso neto sujeto a contribución normal sin considerar la pérdida neta en operaciones de años anteriores y excluyendo la ganancia neta de capital que haya optado por tributar a las tasas especiales (Véanse instrucciones) ........................................ (1) **4,791** 00
2. Ajustes: a. Depreciación flexible ............................................................................................ (2a) 00
    b. Ventas a plazos ................................................................................................... (2b) 00
    c. Contrato a largo plazo ......................................................................................... (2c) 00
    d. Gastos relacionados con intereses exentos ........................................................ (2d) 00
    e. Depreciación acelerada ....................................................................................... (2e) 00
    f. Total de ajustes (Sume líneas 2(a) a la 2(e)) ...................................................... (2) 00
3. Ingreso neto alternativo mínimo antes de ajustes de la Parte II y la pérdida de operaciones (Sume líneas 1 y 2(f)) ................. (3) **4,791** 00

| **Parte II** | Ajuste por el Exceso del Ingreso Neto Ajustado según Libros sobre el Ingreso Neto Alternativo Mínimo Antes de Ajustes | | |
|---|---|---|---|

4. Ingreso neto (o pérdida) según libros ............................................................................... (4) **3,833** 00
5. Ajuste por amortización de plusvalía .................................................................................. (5) 00
6. Contribuciones sobre ingresos consideradas en los libros ................................................ (6) **958** 00
7. Sume las líneas 4, 5 y 6 ................................................................................................... (7) **4,791** 00
8. Ingreso de intereses exentos neto de gastos relacionados ............................................... (8) 00
9. Dividendos y distribuciones de beneficios recibidos de corporaciones o sociedades domésticas, de ingresos de fomento industrial o de desarrollo turístico ......................................................... (9) 00
10. Ingreso de fomento industrial, ingreso exento de desarrollo turístico, ingreso de negocio agrícola *bona fide* o ingreso de renta bajo la Ley 132-2010 .................................................... (10) 00
11. Ingreso (o pérdida) reconocido según el método de equidad ........................................... (11) 00
12. Reserva para pérdidas catastróficas ................................................................................. (12) 00
13. Ganancia neta de capital a largo plazo (Véanse instrucciones) ........................................ (13) 00
14. Sume líneas 8 a la 13 ........................................................................................................ (14) 00
15. Línea 7 menos línea 14 .................................................................................................... (15) **4,791** 00
16. Línea 15 menos línea 3. Si la línea 3 es mayor que la línea 15, anote cero ..................... (16) 00
17. Ajuste por el exceso del ingreso neto ajustado según libros sobre el ingreso neto alternativo mínimo de la línea 3 (Multiplique la línea 16 por 60%) ............................................................................................................. (17) 00

| **Parte III** | Cómputo del Ingreso Neto Alternativo Mínimo | | |
|---|---|---|---|

18. Ingreso neto alternativo mínimo antes de pérdida neta en operaciones (Sume líneas 3 y 17) ..................................... (18) **4,791** 00
19. Pérdida neta en operaciones de años anteriores para la determinación de la contribución alternativa mínima (No puede exceder del 80% de la línea 18) (Véanse instrucciones. Someta detalle) ....................................................................................... (19) 00
20. Línea 18 menos línea 19 (Anote aquí la diferencia, pero no menos del 20% de la línea 18) ................................... (20) **4,791** 00
21. Cantidad exenta (Véanse instrucciones) ........................................................................... (21) **50,000** 00
22. Ingreso neto alternativo mínimo (Línea 20 menos línea 21) ............................................. (22) 00

| **Parte IV** | Cómputo de la Contribución Mínima Tentativa y del Crédito Alternativo Mínimo por Contribuciones Pagadas al Extranjero | | |
|---|---|---|---|

23. Contribución mínima tentativa antes del crédito por contribuciones pagadas al extranjero (Multiplique la línea 22 por 30%) ..................................................................................... (23) 00
24. Ingreso neto alternativo mínimo antes de la deducción por pérdida neta en operaciones (Línea 18) ........... (24) **4,791** 00
25. Cantidad exenta permisible sin considerar la pérdida neta en operaciones (Véanse instrucciones) ............ (25) **50,000** 00
26. Línea 24 menos línea 25 ................................................................................................... (26) 00
27. Multiplique la línea 26 por 30% ......................................................................................... (27) 00
28. Multiplique la línea 27 por 10% ......................................................................................... (28) 00
29. Límite del crédito (Línea 23 menos línea 28) .................................................................... (29) 00
30. Crédito alternativo mínimo por contribuciones pagadas al extranjero (Esta cantidad no podrá exceder la cantidad en la línea 29. Véanse instrucciones) .......................................................................................................... (30) 00
31. Contribución mínima tentativa neta del crédito por contribuciones pagadas al extranjero (Línea 23 menos línea 30. Traslade a la Parte VI, línea 37) ......................................................................................................... (31) 00

Período de Conservación: Diez (10) años

COQUINTERACTIVE (www.tributa.org) 2014

Rev. 02.15

Anejo A Corporación - Página 2

| Parte V | Cómputo de Gastos Pagados a una Persona Relacionada y Compras de Propiedad Mueble de una Persona Relacionada | | |
|---|---|---|---|
| 32. Gastos incurridos o pagados a una persona relacionada y transferencia de costos o asignación de gastos de una oficina principal ("Home Office") localizada fuera de Puerto Rico a una sucursal ("Branch") dedicada a la industria o negocio en Puerto Rico (Esta línea es la suma de la línea 53, Columna A de la Parte V, página 2 de la planilla más línea 5(e) de la Parte VIII, página 3 de la planilla)... | (32) | | 00 |
| 33. Multiplique la línea 32 por 20% ................................................................................................................................... | (33) | | 00 |
| 34. Compras de propiedad mueble de una persona relacionada y transferencia de propiedad mueble de una oficina principal ("Home Office") localizada fuera de Puerto Rico a una sucursal ("Branch") dedicada a la industria o negocio en Puerto Rico ......................... | (34) | | 00 |
| 35. Multiplique la línea 34 por 2% (Véanse instrucciones) ...................................................................................................... | (35) | | 00 |
| 36. Total de gastos pagados a una persona relacionada y compras de propiedad mueble de una persona relacionada (Sume líneas 33 y 35) ......................................................................................................................................................... | (36) | | 00 |
| Parte VI | Cómputo de la Contribución Alternativa Mínima | | |
| 37. Contribución mínima tentativa después del crédito alternativo mínimo por contribuciones pagadas al extranjero (Línea 31 de la Parte IV) ............................................................................................................................................................... | (37) | | 00 |
| 38. Total de gastos pagados a una persona relacionada y compras de propiedad mueble de una persona relacionada (Línea 36 de la Parte V) ......................................................................................................................................................... | (38) | | 00 |
| 39. Contribución mínima tentativa (Anote la mayor entre líneas 37 y 38) ............................................................................... | (39) | | 00 |
| 40. Contribución regular ajustada (Línea 10 de la Parte III, página 1 de la planilla) ................................................................ | (40) | 958 | 00 |
| 41. Contribución alternativa mínima (Línea 39 menos línea 40. Si la línea 40 excede la línea 39, anote cero, de lo contrario, anote la diferencia en el Formulario 480.2, página 1, Parte III, línea 16) ......................................................................... | (41) | | 00 |

Periodo de Conservación: Diez (10) años

COQUINTERACTIVE (www.tributa.org) 2014

**Anejo E Corporación**
Rev. 02.15

# DEPRECIACIÓN

**20 14**

Año contributivo comenzado el 01 de 01 de 2014 y terminado el 31 de 12 de 2014

| Nombre del contribuyente | Número de Seguro Social o Identificación Patronal |
|---|---|
| **BM CREW INC** | **79249** |

| 1. Clase de propiedad (en caso de edificaciones, indique el tipo de material utilizado en la construcción). | 2. Fecha de adquisición. | 3. Costo u otra base (excluya el costo del terreno). En el caso de automóviles, la base no debe exceder de $30,000 por vehículo. | 4. Depreciación reclamada en años anteriores. | 5. Estimado de vida usado para computar depreciación. | 6. Depreciación reclamada este año. 37 |
|---|---|---|---|---|---|
| **(a) Depreciación Corriente** | | | | | |
| **EQUIPMENT** | | 258,200 00 | 77,584 00 | 20 | 11,118 00 |
| | | 00 | 00 | | 00 |
| | | 00 | 00 | | 00 |
| Total | | | 77584 00 | | 11,118 00 |
| **(b) Depreciación Flexible** | | | | | |
| | | 00 | 00 | | 00 |
| | | 00 | 00 | | 00 |
| | | 00 | 00 | | 00 |
| Total | | | 00 | | 00 |
| **(c) Depreciación Acelerada** | | | | | |
| | | 00 | 00 | | 00 |
| | | 00 | 00 | | 00 |
| | | 00 | 00 | | 00 |
| Total | | | 00 | | 00 |
| **(d) Amortización (ej. Goodwill)** | | | | | |
| | | 00 | 00 | | 00 |
| | | 00 | 00 | | 00 |
| | | 00 | 00 | | 00 |
| Total | | | 00 | | 00 |
| **(e) Automóviles (Véanse instrucciones)** | | | | | |
| | | 00 | 00 | | 00 |
| | | 00 | 00 | | 00 |
| | | 00 | 00 | | 00 |
| Total | | | 00 | | 00 |

(f) Vehículos bajo arrendamiento financiero (Formulario 480.7D) (Cantidad de vehículos_____) (01) ..............................(02) | 00

TOTAL: (Sume el Total de líneas (a) a la (f) de la Columna 6. Traslade a los Anejos K, L, M y N Individuo, según aplique, o a la línea correspondiente de otras planillas) ......................................................................................................(10) | 11,118 00

Período de Conservación: Diez (10) años

COQUINTERACTIVE (www.tributa.org) 2014

**BM CREW INC**

249

**Parte V   Otras deducciones**
**PARA EL AÑO TERMINADO EL 31 / 12 / 2014**

| | |
|---|---|
| UTILITES EXPENSE | $17590 |
| TELEPHONE EXPENSE | 2148 |
| UNIFORM EXPENSE | 1423 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| **TOTAL** | **$21161** |